USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/26/2026_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

JANE DOE 1,  :  Case No.: 7:26-cv-3080

   Plaintiff,  :

   v.  :

   :  **ORDER TO SEAL DOCUMENTS AND**
**EASTERN MUTUAL INSURANCE**  :  **PERMIT FILING OF REDACTED**
**COMPANY and NAUTILUS**  :  **COMPLAINT**
**INSURANCE COMPANY,**  :

   Defendants.  :

   :

------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

The application to formally seal the above-captioned Complaint and Exhibit A thereto, Dkt. Nos. 13 and 13-1, respectively, and to permit the filing of a redacted Complaint is GRANTED on consent. The Clerk of Court is respectfully directed to restrict public access to the Complaint and Exhibit A filed at Dkt Nos. 13 and 13-1, permanently. Plaintiff shall file a redacted version of the Complaint on the public docket on or before May 29, 2026. The unredacted Complaint, and Exhibit A thereto, shall remain accessible only to the Court, the parties and counsel of record, unless otherwise ordered by the Court.

It is further ORDERED that all future filings of the Affidavit be under seal, and all future references to the contents of the Affidavit or redacted portions of the Complaint, be redacted or under seal.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 21.

SO ORDERED.

Dated: May 26, 2026
White Plains, New York        SO ORDERED:

Hon. Nelson S. Román
United States District Judge        HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE